B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of West Virginia

In re    **Phillip Lowell Wiley,**
**Amanda Jo Wiley**

Case No.    3:13-bk-30235

Debtors

Chapter    13

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 80,000.00 | | |
| B - Personal Property | Yes | 3 | 24,354.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 98,444.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 1,175.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 39 | | 180,228.01 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,932.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,532.00 |
| Total Number of Sheets of ALL Schedules | | 52 | | | |
| Total Assets | | | 104,354.00 | | |
| Total Liabilities | | | | 279,847.01 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of West Virginia

In re    **Phillip Lowell Wiley,**
　　　　**Amanda Jo Wiley**
　　　　　　　　　　　　　　　　　　　　　　Case No.　**3:13-bk-30235**

　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　Debtors　　　Chapter　　　　　　**13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐　Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 1,175.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 43,072.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 44,247.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,932.00 |
| Average Expenses (from Schedule J, Line 18) | 1,532.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,174.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 9,112.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 1,175.00 |
| 4. Total from Schedule F | | 180,228.01 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 190,515.01 |

B6A (Official Form 6A) (12/07)

In re    **Phillip Lowell Wiley,**                                   Case No.   **3:13-bk-30235**

           **Amanda Jo Wiley**

                                     Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **House & lot at 52 Private Dr. 199, Proctorville, OH 45669** | | **-** | **80,000.00** | **74,332.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **80,000.00** | (Total of this page) |
| Total > | **80,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re     **Phillip Lowell Wiley,**                                          Case No. ___3:13-bk-30235___
          **Amanda Jo Wiley**
                                                    ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | - | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **One lot miscellaneous household goods and furnishings** | J | **5,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | J | **1,000.00** |
| 7. Furs and jewelry. | | **Jewelry** | J | **200.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **6,300.00**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Phillip Lowell Wiley,**                                              Case No.    __3:13-bk-30235__
      **Amanda Jo Wiley**

                                                Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Wages** | **H** | **0.00** |
| | | **Wages** | **W** | **0.00** |
| | | **VA Disability** | **-** | **1,854.00** |

                                              Sub-Total >        **1,854.00**
                                         (Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Phillip Lowell Wiley,**                                          Case No.    **3:13-bk-30235**
      **Amanda Jo Wiley**
                               Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Dodge Caravan** | - | 1,000.00 |
| | | **2003 Redman Mobile Home** | - | 15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Micellaneous property of any kind** | - | 200.00 |

|  | Sub-Total > | 16,200.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 24,354.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re   **Phillip Lowell Wiley,**                                      Case No.   __3:13-bk-30235__
         **Amanda Jo Wiley**
                                                          ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **House & lot at 52 Private Dr. 199, Proctorville, OH  45669** | **Ohio Rev. Code Ann. § 2329.66(A)(1)** | 5,668.00 | 80,000.00 |
| **Cash on Hand** | | | |
| **Cash on hand** | **W. Va. Code § 38-10-4(e)** | 100.00 | 100.00 |
| **Household Goods and Furnishings** | | | |
| **One lot miscellaneous household goods and furnishings** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** | 5,000.00 | 5,000.00 |
| **Wearing Apparel** | | | |
| **Clothing** | **W. Va. Code § 38-10-4(c)** | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| **Jewelry** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(b)** | 200.00 | 200.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **VA Disability** | **Ohio Rev. Code Ann. §§ 2329.66(A)(9)(f), 5115.06** | 1,854.00 | 1,854.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1996 Dodge Caravan** | **Ohio Rev. Code Ann. § 2329.66(A)(2)** | 1,000.00 | 1,000.00 |
| **2003 Redman Mobile Home** | **Ohio Rev. Code Ann. § 2329.66(A)(1)** | 0.00 | 15,000.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Micellaneous property of any kind** | **W. Va. Code § 38-10-4(e)** | 200.00 | 200.00 |

|  | Total: | 15,022.00 | 104,354.00 |
|---|---|---:|---:|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Phillip Lowell Wiley,**
      **Amanda Jo Wiley**
                                                ,
                                     Debtors

Case No.    __3:13-bk-30235__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**21st Mortgage** <br>**620 Market St.** <br>**One Centre Sq.** <br>**Knoxville, TN 37902** | | - | **Vehicle** <br><br>**2003 Redman Mobile Home** <br><br><br>Value $        **15,000.00** | | | | **17,000.00** | **2,000.00** |
| Account No. <br><br>**21st Mortgage** <br>**c/o Kentyn Keitch** <br>**P. O. Box 714** <br>**New Albany, OH 43054** | | | **Representing:** <br>**21st Mortgage** <br><br>Value $ | | | | **Notice Only** | |
| Account No. <br><br>**21st Mortgage** <br>**Attn.: Legal** <br>**P. O. Box 477** <br>**Knoxville, TN 37901** | | | **Representing:** <br>**21st Mortgage** <br><br>Value $ | | | | **Notice Only** | |
| Account No. xxxxxxxx9741 <br><br>**Everhome Mortgage Co** <br>**4500 Salisbury Rd** <br>**Jacksonville, FL 32216** | | - | **Opened 11/01/04  Last Active  6/09/10** <br><br>**Mortgage** <br><br>**House & lot at 52 Private Dr. 199,** <br>**Proctorville, OH  45669** <br>Value $        **80,000.00** | | | | **74,332.00** | **0.00** |

  __1__  continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **91,332.00** | **2,000.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Phillip Lowell Wiley,**                           Case No.   **3:13-bk-30235**
        **Amanda Jo Wiley**

                                 Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| **Account No.** | | | | | | | | | |
| **Everbank** **c/o Stacey Piepmeier** **4805 Montgomery Rd., Suite 320** **Cincinnati, OH 45212** | | | | Representing: **Everhome Mortgage Co** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | |
| **Everhome Mortgage** **c/o Christopher Phillips** **4805 Montgomery Rd., Suite 320** **Cincinnati, OH 45212** | | | | Representing: **Everhome Mortgage Co** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | |
| **Everhome Mortgage Co** **Attn: Bankruptcy** **8100 Nationsway** **Jacksonville, FL 32256** | | | | Representing: **Everhome Mortgage Co** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| **Account No.** | | | | Judgment Lien | | | | | |
| **Genuine Parts Company** **c/o David Pariser** **150 East Mound St., Suite 308** **Columbus, OH 43215** | | J | | Judgement | | | | | |
| | | | | Value $          **0.00** | | | | **7,112.00** | **7,112.00** |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **7,112.00** | **7,112.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **98,444.00** | **9,112.00** |

B6E (Official Form 6E) (4/13)

.

In re    **Phillip Lowell Wiley,**                                         Case No.    **3:13-bk-30235**
         **Amanda Jo Wiley,**

─────────────────────────────────────────────
                              **Debtors**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

─────────── **1** ───────  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Phillip Lowell Wiley,**
       **Amanda Jo Wiley,**

Case No.    **3:13-bk-30235**

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Child Support that Debtor believes is already paid off | | | | | 1,175.00 |
| Dottie Wiley c/o Bureau for Child Support Enforcement 2699 Park ave., Suite 100 Huntington, WV 25704 | | J | | X | X | X | 1,175.00 | 0.00 |
| Account No. | | | | | | | | |
| Dottie Wiley c/o WV Bureau of Child Support 350 Capitol St Rm 147 Charleston, WV 25301 | | | Representing: Dottie Wiley | | | | Notice Only | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 1,175.00 1,175.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 1,175.00 1,175.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Phillip Lowell Wiley,**                                        Case No.    **3:13-bk-30235**
         **Amanda Jo Wiley**

                                                              ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4800**  <br><br>**AAFES** <br>**P. O.Box 1686** <br>**Birmingham, AL 35201** | | J | **Misc. Purchases** | | | | **4,269.00** |
| Account No. **xxxxxxxxxxxxx0001**  <br><br>**Aes/edamerica Bony** <br>**Pob 2461** <br>**Harrisburg, PA 17101** | | W | **Opened  9/29/09  Last Active 12/21/09** <br>**Educational** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxxx0002**  <br><br>**Aes/edamerica Bony** <br>**Pob 2461** <br>**Harrisburg, PA 17101** | | W | **Opened  9/29/09  Last Active 12/21/09** <br>**Educational** | | | | **Unknown** |
| Account No. **0502**  <br><br>**AFNI** <br>**P. O. Box 3517** <br>**Bloomington, IL 61702-3517** | | J | **Colletion agent** | | | | **203.00** |

|  |  |  |  | Subtotal (Total of this page) | **4,472.00** |
|---|---|---|---|---|---|

__38__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Phillip Lowell Wiley,**                  Case No.    **3:13-bk-30235**
        **Amanda Jo Wiley**
                                                            ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx6101** | | | | Opened 12/01/12 Collection Attorney Sprint | | | | |
| **Afni Po Box 3097 Bloomington, IL 61702** | | H | | | | | | 1,739.00 |
| Account No. | | | | Representing: Afni | | | | |
| **Afni Attention: Bankruptcy 1310 Martin Luther King Dr Bloomington, IL 61701** | | | | | | | | Notice Only |
| Account No. **xxxxxx0505** | | | | Opened 12/01/09 Last Active 5/01/11 Factoring Company Account Verizon Inc. | | | | |
| **Afni, Inc. Po Box 3427 Bloomington, IL 61702** | | W | | | | | | Unknown |
| Account No. | | | | Representing: Afni, Inc. | | | | |
| **Afni, Inc. Attn: Bankruptcy Po Box 3097 Bloomington, IL 61702** | | | | | | | | Notice Only |
| Account No. **xxx-xx3-683** | | | | 2011 Utility | | | | |
| **American Electric Power P. O. Box 24404 Canton, OH 44701-4404** | | J | | | | | | 1,117.39 |

| | | |
|---|---|---|
| Sheet no. __1__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,856.39 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phillip Lowell Wiley,**
        **Amanda Jo Wiley**
                                                                Case No.   **3:13-bk-30235**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4023**<br><br>**American Honda Finance**<br>**8601 Mcalpine Park Drive**<br>**Charlotte, NC 28211** | - | | **Opened 3/08/05 Last Active 8/29/05**<br>**loan** | | | | **Unknown** |
| Account No.<br><br>**American Honda Finance**<br>**Po Box 168088**<br>**Irving, TX 75016** | | | **Representing:**<br>**American Honda Finance** | | | | **Notice Only** |
| Account No.<br><br>**Army & Air Force Exchange Services**<br>**Attn.: Office General Counsel**<br>**P. O. Box 650060**<br>**Dallas, TX 75265-0060** | J | | **Purchase of Goods and Services** | | | | **4,269.00** |
| Account No. **xxxxxxxxxxxx1077**<br><br>**Bank Of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | J | | **Opened 8/01/05 Last Active 2/13/09**<br>**Credit Card** | | | | **Unknown** |
| Account No.<br><br>**Bass & Associates**<br>**Suite 200 3936 East Ft. Lowell Road**<br>**Tucson, AZ 85712** | J | | **Collection agent for Honda** | | | | **4,344.00** |

| | | |
|---|---|---|
| Sheet no. __**2**__ of __**38**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **8,613.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillip Lowell Wiley,**
**Amanda Jo Wiley**

Case No. __**3:13-bk-30235**__

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxx8172 | | | | 2008 Line of Credit | | | | |
| Bass & Associates Suite 200 3936 East Ft. Lowell Road Tucson, AZ 85712 | J | | | | | | | 6,220.00 |
| Account No. 8172 | | | | 2004 | | | | |
| Bass and Associates 3936 E Fort Lowell Rd, Suite 200 Tucson, AZ 85712-1083 | - | | | | | | | 6,220.00 |
| Account No. xxxxxxxxxxx8040 | | | | Opened 7/01/10 Last Active 1/06/11 Credit Card | | | | |
| Cap One 26525 N Riverwoods Blvd Mettawa, IL 60045 | H | | | | | | | 516.00 |
| Account No. xxxxxxxxxxx1336 | | | | Opened 9/17/08 Last Active 8/07/10 Credit Card | | | | |
| Capital 1 Bank Po Box 85520 Richmond, VA 23285 | H | | | | | | | Unknown |
| Account No. | | | | Representing: Capital 1 Bank | | | | |
| Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | | | | | | | Notice Only |

Sheet no. __3__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,956.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillip Lowell Wiley,**                                                Case No.  **3:13-bk-30235**
       **Amanda Jo Wiley**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx4260**<br><br>**Capital 1 Bank<br>Po Box 85520<br>Richmond, VA 23285** | | W | | **Opened 2/01/06 Last Active 3/23/09<br>Credit Card** | | | | **Unknown** |
| Account No.<br><br>**Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130** | | | | **Representing:<br>Capital 1 Bank** | | | | **Notice Only** |
| Account No.<br><br>**Capital Management Services<br>726 Exchange St., Suite 700<br>Buffalo, NY 14210-1494** | | - | | **Collection agency for Chase & Discover** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx1336**<br><br>**Capital One, N.a.<br>Po Box 71083<br>Charlotte, NC 28272** | | - | | **Opened 9/01/08 Last Active 8/07/10<br>CreditCard** | | | | **569.01** |
| Account No.<br><br>**Capital One, N.a.<br>C/O American Infosource<br>Po Box 54529<br>Oklahoma City, OK 73154** | | | | **Representing:<br>Capital One, N.a.** | | | | **Notice Only** |

Sheet no. __4__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **569.01**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillip Lowell Wiley,**
       **Amanda Jo Wiley**

Case No.    **3:13-bk-30235**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5075** | | | | **2010 Bills** | | | | |
| **Cash Net USA 200 W Jackson Blvd 4th Floor Chicago, IL 60606** | - | | | | | | | 1,609.00 |
| Account No. | | | | **2010 Surveying** | | | | |
| **Charlie Platt 48 Township Rd. 1198 Chesapeake, OH 45619** | | J | | | | | | 495.00 |
| Account No. **402** | | | | Opened  8/15/03  Last Active  1/03/05 | | | | |
| **Chase 802 Delaware Avenue 8th Floor Wilmington, DE 19801** | | H | | | | | | Unknown |
| Account No. xxxxxxxxxxxx1229 | | | | Opened  8/10/01  Last Active  6/28/04 CreditCard | | | | |
| **Chase - Cc Po Box 15298 Wilmington, DE 19850** | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **CitiFinancial 4010 Regent Blvd Irving, TX 75063** | | J | | | | | | Unknown |

| | | |
|---|---|---|
| Sheet no. **5** of **38** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,104.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phillip Lowell Wiley,**
        **Amanda Jo Wiley**                                                      Case No.   **3:13-bk-30235**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0606** <br><br> **Comenity Bank/Value City Rooms Today** <br> **4590 E Broad St** <br> **Columbus, OH 43213** | | H | Opened 12/01/03 Last Active 12/01/03 <br> **Charge Account** | | | | **Unknown** |
| Account No. <br><br> **Comenity Bank/Value City Rooms Today** <br> **Attention: Bankruptcy** <br> **Po Box 182686** <br> **Columbus, OH 43218** | | | Representing: <br> Comenity Bank/Value City Rooms Today | | | | **Notice Only** |
| Account No. **xxxxx4800** <br><br> **Consumer Adjustment** <br> **145 Syscamore Ave** <br> **Central Islip, NY 11722** | | - | Opened 2/01/01 Last Active 10/03/01 <br> **InstallmentSalesContract** | | | | **Unknown** |
| Account No. **xxxxx4800** <br><br> **Consumer Adjustment** <br> **145 Sycamore Ave** <br> **Central Islip, NY 11722** | | H | Opened 2/01/01 Last Active 10/03/01 <br> **Installment Sales Contract** | | | | **Unknown** |
| Account No. **x-xxxx9795** <br><br> **Convergent Outsourcing** <br> **P.O. 9004** <br> **Renton, WA 98057-9004** | | J | Utility | | | | **553.31** |

Sheet no. **6** of **38** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                 **553.31**

B6F (Official Form 6F) (12/07) - Cont.

In re **Phillip Lowell Wiley,**
        **Amanda Jo Wiley**                                         Case No.   __3:13-bk-30235__

                                                                ,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxxxx9201<br><br>Credit Coll USA<br>16 Distributor Dr Ste 1<br>Morgantown, WV 26501 | | W | | Opened 12/01/10<br>Collection Attorney Scott Orthopedic Center Inc. | | | | 15.00 |
| Account No.<br><br>Credit Coll USA<br>Ccusa/Attn:Bankruptcy<br>16 Distributor Dr Ste 1<br>Morgantown, WV 26501 | | | | Representing:<br>Credit Coll USA | | | | Notice Only |
| Account No.<br><br>Credit Collections USA<br>P. O. Box 873<br>Morgantown, WV 26507-0873 | | J | | Collections Agent | | | | 15.00 |
| Account No. xxxxxxx1Cl1<br><br>Creditors Interchange<br>Po Box 2270<br>Buffalo, NY 14240 | | J | | Collection Agent for Navy FCU | | | | 1,401.49 |
| Account No. xxxxxxxxxxx6716<br><br>Discover Fin<br>Po Box 15316<br>Wilmington, DE 19850 | | - | | Opened 12/12/04  Last Active  8/31/05<br>CreditCard | | | | Unknown |

Sheet no. __7___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,431.49

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phillip Lowell Wiley,**                                          Case No.   **3:13-bk-30235**
        **Amanda Jo Wiley**
_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Representing: Discover Fin | | | | |
| **Discover Fin Po Box 6103 Carol Stream, IL 60197** | | | | | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx6716 | | W | | Opened 12/12/04 Last Active 8/09/05 Credit Card | | | | |
| **Discover Fin Po Box 15316 Wilmington, DE 19850** | | | | | | | | **Unknown** |
| Account No. | | J | | Storage | | | | |
| **Easy Storage of Proctorville 10 Stor-Mor Dr. Huntington, WV 25705** | | | | | | | | **259.00** |
| Account No. xxxxxxxxxxxx0001 | | W | | Opened 9/29/09 Last Active 11/05/12 Educational | | | | |
| **Fed Loan Serv Po Box 69184 Harrisburg, PA 17106** | | | | | | | | **Unknown** |
| Account No. 2728 | | - | | 2010 Misc expenses | | | | |
| **First Bank of Delaware P O Box 37727 Philadelphia, PA 19101** | | | | | | | | **890.00** |

Sheet no. __8__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,149.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phillip Lowell Wiley,**                                                    Case No.   **3:13-bk-30235**
        **Amanda Jo Wiley**
                                                                    ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx5000** <br><br> **First Data** <br> **4000 Coral Ridge Drive** <br> **Coral Springs, FL 33065** | - | | **Opened 12/02/05  Last Active  1/28/08** <br> **Lease** | | | | **Unknown** |
| Account No. **xxxxxxx5000** <br><br> **First Data** <br> **4000 Coral Ridge Drive** <br> **Coral Springs, FL 33065** | | H | **Opened 12/02/05  Last Active  1/28/08** <br> **Lease** | | | | **Unknown** |
| Account No. <br><br> **First Data** <br> **1307 Walt Whitman Rd** <br> **Melville, NY 11747** | | | **Representing:** <br> **First Data** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx1882** <br><br> **First Premier Bank** <br> **P.O. Box 5519** <br> **Sioux Falls, SD 57117** | - | | **Opened  1/01/09  Last Active  5/28/10** <br> **CreditCard** | | | | **600.00** |
| Account No. **xxxxxxxxxxxx7252** <br><br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD 57104** | - | | **Opened  1/01/06  Last Active  4/18/06** <br> **CreditCard** | | | | **Unknown** |

Sheet no. **9** of **38** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**600.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillip Lowell Wiley,**                                      Case No.   **3:13-bk-30235**
       **Amanda Jo Wiley**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5203**<br><br>**First Premier Bank**<br>**P. O. Box 5529**<br>**Sioux Falls, SD 57117** | - | | | **2000**<br>**Bills** | | | | **481.64** |
| Account No. **2344**<br><br>**First Premier Bank**<br>**PO BOX 5519**<br>**Sioux Falls, SD 57117-5519** | J | | | **Credit card purchases** | | | | **255.00** |
| Account No. **xxxxxxxxxxxx1882**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | H | | | **Opened 1/01/09 Last Active 5/28/10**<br>**Credit Card** | | | | **528.00** |
| Account No. **xxxxxxxxxxxx5203**<br><br>**First Premier Bank** | J | | | **Opened 4/01/08 Last Active 5/28/10**<br>**Credit Card** | | | | **471.00** |
| Account No. **xxxxxxxxxxxx2344**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | W | | | **Opened 12/01/09 Last Active 1/28/11**<br>**Credit Card** | | | | **283.00** |

Sheet no. _**10**_ of _**38**_ sheets attached to Schedule of                 Subtotal                   **2,018.64**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Phillip Lowell Wiley,**　　　　　　　　　　　　　　　　Case No.　**3:13-bk-30235**
　　　　**Amanda Jo Wiley,**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxxx3363** | | | | Opened 10/25/04 Last Active 7/11/05 CreditCard | | | | |
| **Fnb Omaha** **Po Box 3412** **Omaha, NE 68103** | - | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. **xxxx5771** | | | | Opened 4/01/04 Last Active 3/11/05 Automobile paid off by debtors | | | | |
| **Ford Motor Credit Corporation** **P.o.box 542000** **Omaha, NE 68154** | - | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Representing: Ford Motor Credit Corporation | | | | |
| **Ford Motor Credit Corporation** **National Bankruptcy Center** **Po Box 6275** **Dearborn, MI 48121** | | | | | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx6120** | | | | Opened 2/01/12 Last Active 5/15/12 Agriculture | | | | |
| **Frontier Communication** **19 John St** **Middletown, NY 10940** | | H | | | | | | |
| | | | | | | | | **311.00** |
| Account No. **xxxxxxxxxxx5203** | | | | Opened 4/01/08 Last Active 5/28/10 CreditCard | | | | |
| **Fst Premier** **3820 N Louise Ave** **Sioux Falls, SD 57107** | - | | | | | | | |
| | | | | | | | | **442.00** |

Sheet no. **11** of **38** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal　|　**753.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillip Lowell Wiley,**                                   Case No.   **3:13-bk-30235**
         **Amanda Jo Wiley**

                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Fst Premier** <br>**Po Box 5524** <br>**Sioux Falls, SD 57117** | | | | Representing: <br>**Fst Premier** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx3561** <br><br>**Ge Capital Credit Card** <br>**Po Box 981439** <br>**El Paso, TX 79998** | | - | | **Opened 12/05/04  Last Active 10/01/08** <br>**ChargeAccount** | | | | **Unknown** |
| Account No. <br><br>**Ge Capital Credit Card** <br>**Attn: Bankruptcy** <br>**Po Box 103104** <br>**Roswell, GA 30076** | | | | Representing: <br>**Ge Capital Credit Card** | | | | **Notice Only** |
| Account No. **xxxxxxx5162** <br><br>**General Insurance Co.** <br>**P. O. Box 305054** <br>**Nashville, TN 37230-5054** | | J | | **2012** <br>**Auto Accident** | | | | **4,830.55** |
| Account No. **xxxxxx4570** <br><br>**General Recovery Svc** <br>**Po Box 3755** <br>**Charleston, WV 25337** | | - | | **Opened  2/01/07** <br>**CollectionAttorney Huntington Emergency Physician** | | | | **427.00** |

Sheet no. __**12**__ of __**38**__ sheets attached to Schedule of                 Subtotal          | **5,257.55** |
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Phillip Lowell Wiley,**                              Case No.   **3:13-bk-30235**
           **Amanda Jo Wiley,**

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5274**<br><br>**Georgia Student Financ**<br>**2082 E Exchange Pl**<br>**Tucker, GA 30084** | | W | Opened 10/04/05  Last Active  3/31/13<br>Educational | | | | 5,204.00 |
| Account No. **xxx5174**<br><br>**Georgia Student Financ**<br>**2082 E Exchange Pl**<br>**Tucker, GA 30084** | | W | Opened 10/04/05  Last Active  3/31/13<br>Educational | | | | 2,891.00 |
| Account No. **9447**<br><br>**GLA Collection Company, Inc.**<br>**Dept#002**<br>**P. O. Box 7728**<br>**Louisville, KY 40257-0728** | - | | Aug<br>Medical | | | | 20.00 |
| Account No.<br><br>**Glockner Auto Credit**<br>**520 3rd. Ave.**<br>**Chesapeake, OH 45619** | | J | Repo Deficiency | | | | 15,744.00 |
| Account No. **xxxxx0292**<br><br>**GMAC**<br>**3451 Hammond Ave**<br>**Waterloo, IA 50702** | - | | Opened 11/16/04  Last Active 10/02/08<br>Loan refinanced by debtors | | | | Unknown |

Sheet no. **13** of **38** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal        |     23,859.00
                                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillip Lowell Wiley,**  Case No. __**3:13-bk-30235**__
       **Amanda Jo Wiley**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**GMAC** <br>**Attention:  Bankruptcy Dept.** <br>**1100 Virginia Drive** <br>**Fort Washington, PA 19034** | | | Representing: <br>GMAC | | | | **Notice Only** |
| Account No. **xxxxx0292** <br><br>**Gmac Mortgage** <br>**3451 Hammond Ave** <br>**Waterloo, IA 50702** | | H | Opened 11/16/04  Last Active 10/02/08 | | | | **Unknown** |
| Account No. **6755** <br><br>**Great Lakes** <br>**P. O. Box 3059** <br>**Milwaukee, WI 53201-3059** | | J | Student loans | | | | **7,761.00** |
| Account No. **2496** <br><br>**H&R Block** <br>**P. O. Box 7235** <br>**Sioux Falls, SD 57117** | | J | Tax Prep | | | | **333.00** |
| Account No. **xxxxx4800** <br><br>**Harris Origi** <br>**145 Syscamore Ave** <br>**Central Islip, NY 11722** | | - | Opened  2/11/01  Last Active 10/03/01 <br>InstallmentSalesContract | | | | **Unknown** |

Sheet no. __**14**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **8,094.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillip Lowell Wiley,**
        **Amanda Jo Wiley**

Case No.   **3:13-bk-30235**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx0216** | | | | Opened 1/01/11 Collection Attorney Charleston Area Med Cntr | | | | |
| **Healthcare Financial S 1204 Kanawha Bv E Charleston, WV 25338** | | H | | | | | | 83.00 |
| Account No. | | | | | | | | |
| **Healthcare Financial Services 1204 Kanawha Blvdt P. O. Box 3882 Charleston, WV 25338** | | J | | | | | | Unknown |
| Account No. **xxxxxxxxxxxx5916** | | | | Opened 12/30/05 Last Active 3/02/09 CreditCard | | | | |
| **Hsbc Bank Po Box 5253 Carol Stream, IL 60197** | | - | | | | | | 470.00 |
| Account No. | | | | | | | | |
| **Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197** | | | | Representing: Hsbc Bank | | | | Notice Only |
| Account No. **xxxxxxxxxxxx8040** | | | | Opened 7/01/10 Last Active 10/30/10 CreditCard | | | | |
| **Hsbc Bank Po Box 5253 Carol Stream, IL 60197** | | - | | | | | | 430.00 |

Sheet no. __15__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**983.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Phillip Lowell Wiley,** Case No. **3:13-bk-30235**
    **Amanda Jo Wiley**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx8172**<br><br>**Hsbc/suzki**<br>**Po Box 703**<br>**Wood Dale, IL 60191** | - | | Opened 7/14/04 Last Active 11/28/05 ChargeAccount | | | | **Unknown** |
| Account No. **xxxxxxx4367**<br><br>**Ibo/credit**<br>**1100 Charles Ave S**<br>**Dunbar, WV 25064** | | W | Med1 01 Radiology Inc | | | | **75.00** |
| Account No. **xxxxxxx2-1-29**<br><br>**IC System Inc**<br>**444 Highway 96 East**<br>**P O Box 64887**<br>**St. Paul, MN 55164** | | J | Collection Agent | | | | **159.00** |
| Account No. **xxx9630**<br><br>**Keybank Na**<br>**4910 Tiedeman Rd**<br>**Brooklyn, OH 44144** | - | | Opened 5/01/98 Last Active 2/01/04 Loan | | | | **Unknown** |
| Account No. **xxx9630**<br><br>**Keybank Na**<br>**4910 Tiedeman Rd**<br>**Brooklyn, OH 44144** | | H | Opened 5/01/98 Last Active 2/01/04 | | | | **Unknown** |

Sheet no. **16** of **38** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **234.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Phillip Lowell Wiley,**    Case No. **3:13-bk-30235**
       **Amanda Jo Wiley**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx-0500** <br><br> **Lawrence County Treasurer** <br> **111 S. Fourth Street** <br> **Ironton, OH 45638** | | J | Sewer Bill | | | | 161.00 |
| Account No. **xxx7747** <br><br> **Lhr Inc** <br> **56 Main St** <br> **Hamburg, NY 14075** | | H | 08 Hsbc | | | | 560.00 |
| Account No. **xxxxxx0001** <br><br> **Marine Federal Credit** <br> **159 Brynn Marr Rd** <br> **Jacksonville, NC 28546** | | - | Opened  5/01/01  Last Active 11/01/03 Loan | | | | Unknown |
| Account No. **xxxxxxxxxxx9775** <br><br> **Marine Federal Credit** <br> **165 Center Street** <br> **Jacksonville, NC 28540** | | - | Opened  8/30/01  Last Active  7/27/05 CreditCard | | | | Unknown |
| Account No. **xxxxxx0002** <br><br> **Marine Federal Credit** <br> **159 Brynn Marr Rd** <br> **Jacksonville, NC 28546** | | - | Opened  5/01/02  Last Active 11/01/03 | | | | Unknown |

Sheet no. **17** of **38** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **721.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillip Lowell Wiley,**
    **Amanda Jo Wiley**
                                         ,
                                  Debtors
Case No.   **3:13-bk-30235**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Med Express Billing**<br>**PO BOX 636536**<br>**Cincinnati, OH 45263-6536** | | J | **Collection agent** | | | | **50.00** |
| Account No. **xxxxxxxxxxxx2922** <br><br>**Miitary Star/AAFES**<br>**3911 Walton Walker**<br>**Dallas, TX 75266** | | H | **Opened  8/19/94  Last Active  4/24/07**<br>**Charge Account** | | | | **Unknown** |
| Account No. <br><br>**Miitary Star/AAFES**<br>**Aafes**<br>**Po Box 650060**<br>**Dallas, TX 75265** | | | **Representing:**<br>**Miitary Star/AAFES** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx2922** <br><br>**Mil Star**<br>**3911 Walton Walker**<br>**Dallas, TX 75266** | | - | **Opened  8/19/94  Last Active  4/24/07**<br>**ChargeAccount** | | | | **Unknown** |
| Account No. <br><br>**Mil Star**<br>**Attention: Bankruptcy**<br>**Po Box 6250**<br>**Madison, WI 53716** | | | **Representing:**<br>**Mil Star** | | | | **Notice Only** |

Sheet no. **_18_** of **_38_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillip Lowell Wiley,**
       **Amanda Jo Wiley**
                                                                          Case No.   **3:13-bk-30235**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx4151** <br><br> **Millennium Financial G** <br> **5770 Nw Expressway Ste 1** <br> **Warr Acres, OK 73132** | | H | **Opened 12/01/12** <br> **Collection Attorney Hsbc  Orchard Bank** | | | | **565.00** |
| Account No. <br><br> **Napa Genuine Parts Co.** <br> **c/o David Pariser** <br> **150 East Mound St., Suite 308** <br> **Columbus, OH 43215** | - | | parts | | | | **9,007.07** |
| Account No. **xxxxxx0063** <br><br> **Nationwde Ac** <br> **105 Decker Ct Ste 725** <br> **Irving, TX 75062** | | H | **Opened  9/28/01  Last Active  2/05/04** <br> **Installment Sales Contract** | | | | **Unknown** |
| Account No. **xxxxxx0063** <br><br> **Nationwide Acceptance** <br> **105 Decker Ct Ste 725** <br> **Irving, TX 75062** | - | | **Opened  9/28/01  Last Active  2/05/04** <br> **InstallmentSalesContract** | | | | **Unknown** |
| Account No. <br><br> **Nationwide Acceptance** <br> **Attention: Bankruptcy** <br> **3435 N Cicero Ave** <br> **Chicago, IL 60641** | | | **Representing:** <br> **Nationwide Acceptance** | | | | **Notice Only** |

Sheet no. **_19_** of **_38_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,572.07**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Phillip Lowell Wiley,**
         **Amanda Jo Wiley**

Case No.    **3:13-bk-30235**

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8706**<br><br>**Navy Fcu**<br>**Po Box 3700**<br>**Merrifield, VA 22119** | | H | **Opened 5/01/01 Last Active 4/01/11**<br>**Check Credit Or Line Of Credit** | | | | **1,517.00** |
| Account No.<br><br>**Navy Fcu**<br>**Attention: Bankruptcy**<br>**Po Box 3000**<br>**Merrifield, VA 22119** | | | **Representing:**<br>**Navy Fcu** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx4886**<br><br>**Navy Fcu**<br>**Po Box 3700**<br>**Merrifield, VA 22119** | | H | **Opened 3/03/04 Last Active 8/19/09**<br>**Credit Card** | | | | **0.00** |
| Account No.<br><br>**Navy Fcu**<br>**Attention: Bankruptcy**<br>**Po Box 3000**<br>**Merrifield, VA 22119** | | | **Representing:**<br>**Navy Fcu** | | | | **Notice Only** |
| Account No. **xxxxxxxxx1001**<br><br>**Navy Federal Cr Union**<br>**Po Box 3700**<br>**Merrifield, VA 22119** | | H | **Opened 4/01/11 Last Active 5/26/11**<br>**Unsecured** | | | | **1,401.00** |

Sheet no. **20** of **38** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,918.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Phillip Lowell Wiley,**      Case No.   **3:13-bk-30235**
       **Amanda Jo Wiley**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxx8706 <br><br> **Navy Federal Credit Union** <br> **Po Box 3600** <br> **Merrifield, VA 22116** | - | | | **Opened 5/01/01 Last Active 10/30/10** <br> **CheckCreditOrLineOfCredit** | | | | **1,492.00** |
| Account No. <br><br> **Navy Federal Credit Union** <br> **Attention: Bankruptcy** <br> **Po Box 3000** <br> **Merrifield, VA 22119** | | | | **Representing:** <br> **Navy Federal Credit Union** | | | | **Notice Only** |
| Account No. xxxx4208 <br><br> **Nco Fin/55** <br> **Po Box 13570** <br> **Philadelphia, PA 19101** | W | | | **Last Active 4/05/12** <br> **Med1 02 Cabell Huntington Hospital** | | | | **Unknown** |
| Account No. xx6UME <br><br> **NCO Financial** <br> **P. O. Box 15740** <br> **Wilmington, DE 19850** | J | | | **Collection agnet** | | | | **129.00** |
| Account No. <br><br> **NCO Financial** <br> **P. O. Box 15110** <br> **Wilmington, DE 19850** | J | | | **Collection agent** | | | | **808.31** |

Sheet no. __21__ of __38__ sheets attached to Schedule of          Subtotal        **2,429.31**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phillip Lowell Wiley,**                                                         Case No.   **3:13-bk-30235**
        **Amanda Jo Wiley**
_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5916**<br><br>**Northland Group Inc.**<br>**Po Box 390846**<br>**Minneapolis, MN 55439** | - | | | **2010**<br>**Living expenses** | | | | **570.00** |
| Account No. **xxxxx0002**<br><br>**OBHS**<br>**P. O. Box 219**<br>**Barboursville, WV 25504** | | J | | **Counseling** | | | | **175.00** |
| Account No. **xxxxx2816**<br><br>**Ohio Centric/glelsi**<br>**2401 International Ln**<br>**Madison, WI 53704** | | W | | **Opened 10/01/05  Last Active  4/01/11**<br>**Educational** | | | | **Unknown** |
| Account No. **5916**<br><br>**Orchard Bank**<br>**35A Rust lane**<br>**Boerne, TX 78006** | | J | | **Credit card purchases** | | | | **512.00** |
| Account No. **8040**<br><br>**Orchard Bank, c/o Household Cr. Services**<br>**P.O. Box 5222**<br>**Carol Stream, IL 60197-5222** | - | | | **2000**<br>**Living expense** | | | | **473.05** |

Sheet no. __**22**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,730.05**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Phillip Lowell Wiley,**
         **Amanda Jo Wiley**                                                    Case No.    **3:13-bk-30235**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0009** | | | Collection agent | | | | |
| **Penn Credit Corp.** **P. O. Box 988** **Harrisburg, PA 17108-0988** | | J | | | | | 426.00 |
| Account No. **319-5** | | | Books | | | | |
| **Publishers Clearing House** **P. O. Box 26301** **Lehigh Valley, PA 18002-6301** | | J | | | | | 77.00 |
| Account No. **9707** | | | 2010 Medical | | | | |
| **River Park Hospital** **1236 6th Avenue** **Huntington, WV 25701** | | - | | | | | 9,856.00 |
| Account No. **xxx-xx-4800** | | | Overpayment | | | | |
| **Social Security Administration** **Office of Central Operations** **1500 Woodland Dr.** **Baltimore, MD 21241-1500** | | J | | | | | 29,281.80 |
| Account No. **xxx-xx-2967** | | | Overpayment | | | | |
| **Social Security Administration** **Office of Central Operations** **1500 Woodland Dr.** **Baltimore, MD 21241-1500** | | J | | | | | 1,764.40 |

Sheet no. __**23**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,405.20

B6F (Official Form 6F) (12/07) - Cont.

In re　**Phillip Lowell Wiley,**　　　　　　　　　　　　　Case No.　**3:13-bk-30235**
　　　　**Amanda Jo Wiley**
_____,
　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**St. Mary's Hospital**<br>**2900 First Avenue**<br>**Huntington, WV 25702** | | J | **Medical** | | | | **1,600.00** |
| Account No. **xx3959**<br><br>**St. Marys Medical Center**<br>**2900 First Ave.**<br>**Huntington, WV 25702** | | J | **Medical** | | | | **140.45** |
| Account No. **xxxxxxxxx2457**<br><br>**Suntrust Mortgage/cc 5**<br>**1001 Semmes Ave**<br>**Richmond, VA 23224** | | - | **Opened 5/01/04 Last Active 12/01/04**<br>**VeteransAdministrationRealEstateMortgage** | | | | **Unknown** |
| Account No.<br><br>**Suntrust Mortgage/cc 5**<br>**Attention: Bankruptcy**<br>**Po Box 85092**<br>**Richmond, VA 23286** | | | **Representing:**<br>**Suntrust Mortgage/cc 5** | | | | **Notice Only** |
| Account No. **xxxxxxxxx2457**<br><br>**Suntrust Mortgage/cc 5**<br>**1001 Semmes Ave**<br>**Richmond, VA 23224** | | H | **Opened 5/01/04 Last Active 12/01/04**<br>**loan** | | | | **Unknown** |

Sheet no. __24__ of __38__ sheets attached to Schedule of　　　　　　　　Subtotal
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　(Total of this page)　　**1,740.45**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phillip Lowell Wiley,**
      **Amanda Jo Wiley**
                                           ,
                               Debtors

Case No.   **3:13-bk-30235**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Suntrust Mortgage/cc 5** **Attention:  Bankruptcy Division** **1001 Seemes Ave, Rvw-7941** **Richmond, VA 23286** | | | Representing: **Suntrust Mortgage/cc 5** | | | | **Notice Only** |
| Account No. **xxxxxxxx5790** | | | Opened 12/07/00  Last Active 12/23/01 ChargeAccount | | | | |
| **Target** **Po Box 673** **Minneapolis, MN 55440** | | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Target** **Po Box 59317** **Minneapolis, MN 55459** | | | Representing: **Target** | | | | **Notice Only** |
| Account No. **xxxx2728** | | | Opened  4/19/10  Last Active  8/30/10 Unsecured | | | | |
| **Thinkcashfbd** **Brandywine Commons** **Wilmington, DE 19803** | | - | | | | | **584.00** |
| Account No. **xxxx2728** | | | Opened  4/19/10  Last Active  9/30/10 Unsecured | | | | |
| **Thinkcashfbd** **Brandywine Commons** **Wilmington, DE 19803** | | H | | | | | **1,066.00** |

Sheet no. **25** of **38** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,650.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Phillip Lowell Wiley,**
         **Amanda Jo Wiley**
                                                                          Case No.    **3:13-bk-30235**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | J | **Cash Advances** | | | | |
| **TMX Credit** **500 Davis St., Ste. 1010** **Evanston, IL 60201** | | | | | | | **871.00** |
| Account No. xxxxxxxxxxxx7364 | | - | **Opened 12/07/00 Last Active 9/14/09** **CreditCard** | | | | |
| **Tnb-visa** **Po Box 673** **Minneapolis, MN 55440** | | | | | | | **Unknown** |
| Account No. | | | **Representing:** **Tnb-visa** | | | | **Notice Only** |
| **Tnb-visa** **Po Box 560284** **Dallas, TX 75356** | | | | | | | |
| Account No. xxxx-xxxxxxx2004 | | J | **Collection Agent** | | | | |
| **Transworld Systems, Inc.** **Attn.: Janet** **P. O. Box 550** **Proctorville, OH 45669** | | | | | | | **178.20** |
| Account No. xxxx2890 | | W | **Opened 1/01/08** **Educational** | | | | |
| **U S Dept Of Ed/fisl/at** **Po Box 4222** **Iowa City, IA 52244** | | | | | | | **4,166.00** |

Sheet no. __26__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,215.20**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillip Lowell Wiley,**                                               Case No.   **3:13-bk-30235**
        **Amanda Jo Wiley**

---
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**U S Dept Of Ed/fisl/at** <br>**Attn: Bankruptcy** <br>**61 Forsythe St Room 19t89** <br>**Atlanta, GA 30303** | | | Representing: <br>U S Dept Of Ed/fisl/at | | | | **Notice Only** |
| Account No. **xxxx3355** <br><br>**U S Dept Of Ed/fisl/at** <br>**Po Box 4222** <br>**Iowa City, IA 52244** | | W | Opened 9/01/09 <br>Educational | | | | **Unknown** |
| Account No. <br><br>**U S Dept Of Ed/fisl/at** <br>**Attn: Bankruptcy** <br>**61 Forsythe St Room 19t89** <br>**Atlanta, GA 30303** | | | Representing: <br>U S Dept Of Ed/fisl/at | | | | **Notice Only** |
| Account No. **xxxx7617** <br><br>**U S Dept Of Ed/fisl/at** <br>**Po Box 4222** <br>**Iowa City, IA 52244** | | W | Opened 1/01/10 <br>Educational | | | | **3,638.00** |
| Account No. <br><br>**U S Dept Of Ed/fisl/at** <br>**Attn: Bankruptcy** <br>**61 Forsythe St Room 19t89** <br>**Atlanta, GA 30303** | | | Representing: <br>U S Dept Of Ed/fisl/at | | | | **Notice Only** |

Sheet no. __**27**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,638.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phillip Lowell Wiley,**                              Case No.   **3:13-bk-30235**
            **Amanda Jo Wiley**

                                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7619**<br><br>**U S Dept Of Ed/fisl/at**<br>**Po Box 4222**<br>**Iowa City, IA 52244** | | W | **Opened 6/01/10**<br>**Educational** | | | | **Unknown** |
| Account No.<br><br>**U S Dept Of Ed/fisl/at**<br>**Attn: Bankruptcy**<br>**61 Forsythe St Room 19t89**<br>**Atlanta, GA 30303** | | | **Representing:**<br>**U S Dept Of Ed/fisl/at** | | | | **Notice Only** |
| Account No. **xxxx7621**<br><br>**U S Dept Of Ed/fisl/at**<br>**Po Box 4222**<br>**Iowa City, IA 52244** | | W | **Opened 10/01/10**<br>**Educational** | | | | **Unknown** |
| Account No.<br><br>**U S Dept Of Ed/fisl/at**<br>**Attn: Bankruptcy**<br>**61 Forsythe St Room 19t89**<br>**Atlanta, GA 30303** | | | **Representing:**<br>**U S Dept Of Ed/fisl/at** | | | | **Notice Only** |
| Account No. **xxxx2868**<br><br>**U S Dept Of Ed/fisl/at**<br>**Po Box 4222**<br>**Iowa City, IA 52244** | | W | **Opened 10/01/10**<br>**Educational** | | | | **2,922.00** |

Sheet no. __28__ of __38__ sheets attached to Schedule of                  Subtotal
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)    **2,922.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillip Lowell Wiley,**                                            Case No.    **3:13-bk-30235**
       **Amanda Jo Wiley**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **U S Dept Of Ed/fisl/at** <br> **Attn: Bankruptcy** <br> **61 Forsythe St Room 19t89** <br> **Atlanta, GA 30303** | | | Representing: <br> U S Dept Of Ed/fisl/at | | | | **Notice Only** |
| Account No. **xxxx7471** <br><br> **U S Dept Of Ed/fisl/at** <br> **Po Box 4222** <br> **Iowa City, IA 52244** | | W | Opened  9/01/09 <br> Educational | | | | **Unknown** |
| Account No. <br><br> **U S Dept Of Ed/fisl/at** <br> **Attn: Bankruptcy** <br> **61 Forsythe St Room 19t89** <br> **Atlanta, GA 30303** | | | Representing: <br> U S Dept Of Ed/fisl/at | | | | **Notice Only** |
| Account No. **xxxx2885** <br><br> **U S Dept Of Ed/fisl/at** <br> **Po Box 4222** <br> **Iowa City, IA 52244** | | W | Opened  1/01/10 <br> Educational | | | | **1,882.00** |
| Account No. <br><br> **U S Dept Of Ed/fisl/at** <br> **Attn: Bankruptcy** <br> **61 Forsythe St Room 19t89** <br> **Atlanta, GA 30303** | | | Representing: <br> U S Dept Of Ed/fisl/at | | | | **Notice Only** |

Sheet no. __29__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       **1,882.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Phillip Lowell Wiley,**
     **Amanda Jo Wiley**
                                                ,
                                    Debtors

Case No.    **3:13-bk-30235**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx2874 <br><br> **U S Dept Of Ed/fisl/at** <br> **Po Box 4222** <br> **Iowa City, IA 52244** | | W | **Opened  6/01/10** <br> **Educational** | | | | 1,881.00 |
| Account No. <br><br> **U S Dept Of Ed/fisl/at** <br> **Attn: Bankruptcy** <br> **61 Forsythe St Room 19t89** <br> **Atlanta, GA 30303** | | | **Representing:** <br> **U S Dept Of Ed/fisl/at** | | | | Notice Only |
| Account No. 7456 <br><br> **U.S. Bank** <br> **P.O. Box 1800** <br> **Saint Paul, MN 55101** | | - | **2010** | | | | 300.00 |
| Account No. 4646 <br><br> **Union Rome Twp Subsewer** <br> **PO Box 430** <br> **Chesapeake, OH 45619-0430** | | - | **2010** <br> **bill** | | | | 270.00 |
| Account No. 2127 <br><br> **University Physicians & Surgeons** <br> **P. O. Box 715401** <br> **Columbus, OH 43271-5401** | | J | **Medical** | | | | 290.00 |

Sheet no. __30__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,741.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Phillip Lowell Wiley,**   **Amanda Jo Wiley**

Case No. **3:13-bk-30235**

,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8001** <br><br> **Us Dept Of Education** <br> **Po Box 5609** <br> **Greenville, TX 75403** | - | | Opened 9/01/05 Last Active 9/30/10 <br> Educational | | | | 7,303.00 |
| Account No. <br><br> **Us Dept Of Education** <br> **Attn: Borrowers Service Dept** <br> **Po Box 5609** <br> **Greenville, TX 75403** | | | Representing: <br> Us Dept Of Education | | | | Notice Only |
| Account No. **xxxxxx8002** <br><br> **Us Dept Of Education** <br> **Po Box 5609** <br> **Greenville, TX 75403** | - | | Opened 1/01/09 Last Active 9/30/10 <br> Educational | | | | 506.00 |
| Account No. <br><br> **Us Dept Of Education** <br> **Attn: Borrowers Service Dept** <br> **Po Box 5609** <br> **Greenville, TX 75403** | | | Representing: <br> Us Dept Of Education | | | | Notice Only |
| Account No. **xxxxxxxxxx0711** <br><br> **Us Dept Of Education** <br> **Po Box 5609** <br> **Greenville, TX 75403** | H | | Opened 9/01/05 Last Active 3/18/13 <br> Educational | | | | 4,678.00 |

Sheet no. __31__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,487.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Phillip Lowell Wiley,**
**Amanda Jo Wiley**
                                                                    Case No.   **3:13-bk-30235**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Representing: Us Dept Of Education | | | | |
| **Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403** | | | | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx0511** | | H | Opened  9/01/05  Last Active 3/18/13 Educational | | | | |
| **Us Dept Of Education Po Box 5609 Greenville, TX 75403** | | | | | | | **2,625.00** |
| Account No. | | | Representing: Us Dept Of Education | | | | |
| **Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403** | | | | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx0611** | | H | Opened  1/01/09  Last Active 3/18/13 Educational | | | | |
| **Us Dept Of Education Po Box 5609 Greenville, TX 75403** | | | | | | | **506.00** |
| Account No. | | | Representing: Us Dept Of Education | | | | |
| **Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403** | | | | | | | **Notice Only** |

Sheet no. __32__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,131.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillip Lowell Wiley,**  Case No.  __3:13-bk-30235__
       **Amanda Jo Wiley**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9948**<br><br>**USAA Federal Savings Bank**<br>**Po Box 47504**<br>**San Antonio, TX 78265** | - | | **Opened 12/01/04  Last Active  3/15/05**<br>**Unsecured** | | | | **Unknown** |
| Account No.<br><br>**USAA Federal Savings Bank**<br>**10750 Mcdermott Fwy**<br>**San Antonio, TX 78288** | | | **Representing:**<br>**USAA Federal Savings Bank** | | | | **Notice Only** |
| Account No. **xxxx9948**<br><br>**USAA Federal Savings Bank**<br>**Po Box 47504**<br>**San Antonio, TX 78265** | | H | **Opened 12/01/04  Last Active  3/15/05**<br>**Unsecured** | | | | **Unknown** |
| Account No.<br><br>**USAA Federal Savings Bank**<br>**10750 Mcdermott Fwy**<br>**San Antonio, TX 78288** | | | **Representing:**<br>**USAA Federal Savings Bank** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx4699**<br><br>**Usaa Fsb**<br>**Po Box 33009**<br>**San Antonio, TX 78265** | - | | **Opened 12/12/05  Last Active  4/26/07**<br>**CreditCard** | | | | **5,624.00** |

Sheet no. __33__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **5,624.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Phillip Lowell Wiley,** Case No. **3:13-bk-30235**
    **Amanda Jo Wiley**

                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx4699**<br><br>**Usaa Savings Bank**<br>**10750 Mc Dermott**<br>**San Antonio, TX 78288** | | J | Opened 12/12/05 Last Active 7/07/09 Credit Card | | | | **Unknown** |
| Account No. **xx5273**<br><br>**Vanguard Collector Ser.**<br>**210 Brooks Street Suite 100**<br>**Charleston, WV 25301** | | J | Collection agent | | | | **715.00** |
| Account No. **xxxxxxxxxx4115**<br><br>**Verizon**<br>**1515 Woodfield Rd Ste140**<br>**Schaumburg, IL 60173** | | - | Last Active 8/04/07 | | | | **307.00** |
| Account No.<br><br>**Verizon**<br>**Attn: Bankruptcy**<br>**Po Box 3397**<br>**Bloomington, IL 61702** | | | Representing:<br>Verizon | | | | **Notice Only** |
| Account No. **xxxxxxxxxx3472**<br><br>**Verizon**<br>**1515 Woodfield Rd Ste140**<br>**Schaumburg, IL 60173** | | - | Last Active 8/04/07 | | | | **256.00** |

Sheet no. **34** of **38** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,278.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Phillip Lowell Wiley,**
         **Amanda Jo Wiley**

Case No.    **3:13-bk-30235**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Representing: | | | | |
| **Verizon Attn: Bankruptcy Po Box 3397 Bloomington, IL 61702** | | | | **Verizon** | | | | **Notice Only** |
| Account No. **xxxxxxxxxx0001** | | | | Opened  2/01/08 Last Active  1/02/10 | | | | |
| **Verizon 1515 Woodfield Rd Ste140 Schaumburg, IL 60173** | | - | | | | | | **132.00** |
| Account No. | | | | Representing: | | | | |
| **Verizon Attn: Bankruptcy Po Box 3397 Bloomington, IL 61702** | | | | **Verizon** | | | | **Notice Only** |
| Account No. **xxxxxxxxxx4115** | | | | Last Active  8/04/07 | | | | |
| **Verizon 1515 Woodfield Rd Ste140 Schaumburg, IL 60173** | | H | | | | | | **307.00** |
| Account No. | | | | Representing: | | | | |
| **Verizon Verizon Wireless Department/Attn: Bankru Po Box 3397 Bloomington, IL 61702** | | | | **Verizon** | | | | **Notice Only** |

| Sheet no. **35** of **38** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **439.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillip Lowell Wiley,**
       **Amanda Jo Wiley**

Case No.   **3:13-bk-30235**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxx3472** | | | | Last Active  8/04/07 | | | | |
| **Verizon** **1515 Woodfield Rd Ste140** **Schaumburg, IL 60173** | | H | | | | | | 256.00 |
| Account No. | | | | Representing: Verizon | | | | |
| **Verizon** **Verizon Wireless Department/Attn:** **Bankru** **Po Box 3397** **Bloomington, IL 61702** | | | | | | | | Notice Only |
| Account No. **xxxxxxxxxx0001** | | | | Opened  2/01/08 Last Active  1/02/10 | | | | |
| **Verizon** **1515 Woodfield Rd Ste140** **Schaumburg, IL 60173** | | H | | | | | | 132.00 |
| Account No. | | | | Representing: Verizon | | | | |
| **Verizon** **Verizon Wireless Department/Attn:** **Bankru** **Po Box 3397** **Bloomington, IL 61702** | | | | | | | | Notice Only |
| Account No. **xxxx7128** | | | | 2011 Collection agent for Sprint | | | | |
| **West Asset Management** **PO Box 790113** **Saint Louis, MO 63179-0113** | | J | | | | | | 1,739.00 |

Sheet no. __36__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,127.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Phillip Lowell Wiley,**     Case No. **3:13-bk-30235**
      **Amanda Jo Wiley**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx0606 | | - | Opened 12/01/03 Last Active 12/01/03 | | | | |
| **WFNNB-Value City Furniture** **P.O. Box 659704** **San Antonio, TX 78265** | | | | | | | **Unknown** |
| Account No. | | J | | | | | |
| **Which Way USA** **P. O. Box 4002858** **Des Moines, IA 50347-2858** | | | | | | | **24.34** |
| Account No. xxxxxxxxxxxx1791 | | - | Opened 2/01/04 Last Active 4/03/04 ChargeAccount | | | | |
| **Zale/cbsd** **Po Box 6497** **Sioux Falls, SD 57117** | | | | | | | **Unknown** |
| Account No. | | | Representing: Zale/cbsd | | | | **Notice Only** |
| **Zale/cbsd** **Attn.: Centralized Bankruptcy** **Po Box 20363** **Kansas City, MO 64195** | | | | | | | |
| Account No. xxxxxxxxxxxx1791 | | H | Opened 2/01/04 Last Active 4/03/04 Charge Account | | | | |
| **Zale/cbsd** **Po Box 6497** **Sioux Falls, SD 57117** | | | | | | | **Unknown** |

Sheet no. __37__ of __38__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)       **24.34**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Phillip Lowell Wiley,**
         **Amanda Jo Wiley**                                                Case No.    **3:13-bk-30235**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Zale/cbsd** **Attn.: Centralized Bankruptcy** **Po Box 20363** **Kansas City, MO 64195** | | | Representing: Zale/cbsd | | | | **Notice Only** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**38**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **0.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **180,228.01** |

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Phillip Lowell Wiley,**                                              Case No.   <u>3:13-bk-30235</u>
         **Amanda Jo Wiley**

_____,
                              Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **Phillip Lowell Wiley,**                                    Case No. ___3:13-bk-30235_____
      **Amanda Jo Wiley**
_____,
                             Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

    **0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6I (Official Form 6I) (12/07)

In re **Phillip Lowell Wiley**
**Amanda Jo Wiley**
_____
Debtor(s)

Case No.   **3:13-bk-30235**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** **Daughter** **Son** **Son** | AGE(S): **15** **2** **3** **7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | **Now Unemployed** |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a.  Payroll taxes and social security | $ | 0.00 | $ 0.00 |
|    b.  Insurance | $ | 0.00 | $ 0.00 |
|    c.  Union dues | $ | 0.00 | $ 0.00 |
|    d.  Other (Specify): | $ | 0.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify):  **Social Security Disability** | $ | **1,258.00** | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | **1,299.00** | $ 0.00 |
| 13. Other monthly income (Specify):  **ayment from mother for mobile home payment** | $ | **375.00** | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **2,932.00** | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,932.00** | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **2,932.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re     **Phillip Lowell Wiley**
          **Amanda Jo Wiley**                                    Case No.   **3:13-bk-30235**
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included?     Yes ___     No **X** | | |
| b. Is property insurance included?     Yes ___     No **X** | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 228.00 |
| b. Water and sewer | $ | 39.00 |
| c. Telephone | $ | 120.00 |
| d. Other  **Cable / Internet** | $ | 120.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 350.00 |
| 5. Clothing | $ | 10.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 400.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 65.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)      $      **1,532.00**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,932.00 |
| b.   Average monthly expenses from Line 18 above | $ | 1,532.00 |
| c.   Monthly net income (a. minus b.) | $ | 1,400.00 |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Southern District of West Virginia

In re    **Phillip Lowell Wiley**
       **Amanda Jo Wiley**                Case No.    **3:13-bk-30235**

                         Debtor(s)          Chapter    **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **54**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 13, 2013**            Signature    **/s/ Phillip Lowell Wiley**
                                            **Phillip Lowell Wiley**
                                            Debtor

Date   **May 13, 2013**            Signature    **/s/ Amanda Jo Wiley**
                                             **Amanda Jo Wiley**
                                            Joint Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of West Virginia

In re    **Phillip Lowell Wiley**
       **Amanda Jo Wiley**                    Case No.    **3:13-bk-30235**

                                Debtor(s)        Chapter    **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2012 Business income | $15,000.00 |

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,258.00** | **Social Security** |
| **$1,299.00** | **VA disability** |

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ☐

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Various Secured creditors** | **Debtor(s) have made ongoing monthly payments to secured creditors** | various | various |

None ☒

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Everbank vs. Debtor 11OC185** | **Foreclosure** | **Lawrence County, OH** | **Stayed** |
| **21st Mortgage Corp v. Phillip Wiley 12OC1068** | **foreclosure** | **Lawrence County OH Common Pleas** | **Judgment** |

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None 

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None 

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None 

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None 

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Stapleton Law Offices**<br>**400 Fifth Avenue**<br>**Huntington, WV 25701** | **November, 2010 - March 2011** | **$1,300.00** |

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Black Hills Childrens Ranch**<br>**1644 Concourse Dr.**<br>**Rapid City, SD 57703** | **February - march 2011** | **$70.00** |

---

**10.  Other transfers**

 None

    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

 None

    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

 None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

---

**12.  Safe deposit boxes**

None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**15.  Prior address of debtor**

None


If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None


If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
⊠

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                                                      GOVERNMENTAL UNIT          NOTICE          LAW

None
⊠

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                                                      GOVERNMENTAL UNIT          NOTICE          LAW

None
⊠

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None 

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None 

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None 

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None 

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None 

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None 

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

B7 (Official Form 7) (04/13)

7

**20. Inventories**

None
☒
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
☒
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
☒
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST

None
☒
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
☒
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME | ADDRESS | DATE OF WITHDRAWAL

None
☒
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS | TITLE | DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR | DATE AND PURPOSE
OF WITHDRAWAL | AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
☒
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☒
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN)

B7 (Official Form 7) (04/13)
8

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May13, 2013**                                Signature   **/s/ Phillip Lowell Wiley**

                                                              **Phillip Lowell Wiley**
                                                              Debtor


Date  **May13, 2013**                                Signature   **/s/ Amanda Jo Wiley**

                                                              **Amanda Jo Wiley**
                                                              Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of West Virginia

| | |
|---|---|
| In re **Phillip Lowell Wiley** **Amanda Jo Wiley** | Case No.  **3:13-bk-30235** |
| Debtor(s) | Chapter  **13** |

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,300.00 |
| Prior to the filing of this statement I have received | $ | 1,300.00 |
| Balance Due | $ | 1,000.00 |

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, attempting to discharge student loans, negotiating or preparing or filing reaffirmation agreements, or anything else of any nature other than those things expressly listed in item 6 of this document.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| Dated:  **May 13, 2013** | **/s/ Scott G. Stapleton** |
| | **Scott G. Stapleton 3568** |
| | **Stapleton Law Offices** |
| | **400 Fifth Avenue** |
| | **Huntington, WV 25701** |
| | **304-529-7391  Fax: 304-529-0103** |
| | **bankrupter@charter.net** |

---

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Southern District of West Virginia

In re **Phillip Lowell Wiley**
**Amanda Jo Wiley**

Case No. **3:13-bk-30235**

Debtor(s)

Chapter **13**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Phillip Lowell Wiley**
**Amanda Jo Wiley**

Printed Name(s) of Debtor(s)

Case No. (if known) **3:13-bk-30235**

X **/s/ Phillip Lowell Wiley**      **May 13, 2013**

Signature of Debtor      Date

X **/s/ Amanda Jo Wiley**      **May 13, 2013**

Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.